

**Supreme Court of Missouri**
en banc

**FILED**

JAN 2 1 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

December 2, 2013

In re: Jeffrey M. Witt, )
)
    Respondent. ) Supreme Court No. SC93806
) MBE # 56579

### ORDER

Now on this 2nd day of December, 2013, this Court having reviewed the information for interim suspension filed herein on the 20th day of November, 2013, and finding that there is probable cause to believe that the Respondent has committed professional misconduct and further finding that Respondent poses a substantial threat of irreparable harm to the public, it is hereby ordered that Respondent is suspended on an interim basis from the practice of law pending resolution of any disciplinary charges that may be filed against him. Said suspension to remain in place until further order of this Court.

  Costs taxed to Respondent.

Day - to - Day

*Mary R. Russell*
_____
Mary R. Russell
Chief Justice

STATE OF MISSOURI – SCT.:

I, BILL L. THOMPSON, Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on the 2nd day of December, 2013, as fully as the same appears of record in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Supreme Court. Done at office in the City of Jefferson, State aforesaid, this 2nd day of December, 2013.



_____, Clerk

_____, Deputy Clerk